**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:03CR49-3**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **RONALD MCILWAIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on Request for Modification of the Conditions of Supervised Release (Document No. 244) filed June 8, 2012. Having carefully considered the motion and evidence presented, the court makes the following ruling.

**IT IS, THEREFORE, ORDERED** that the defendants conditions of release are modified as follows:

> The defendant shall submit to home detention, with electronic monitoring or other location verification system, for a period of two (2) months at the direction of the U.S. Probation Officer. During this time, the defendant shall remain at his/her residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at the place of residence without any "call forwarding," "caller ID," "call waiting," modems, answering machines, cordless telephones or other special services for the above period. The defendant may be required to wear an electronic device or submit to another location verification system and shall observe the rules specified by the Probation Officer. The defendant shall not be required to pay the costs of electronic monitoring. The United States Probation Office is further ordered to reduce the defendant's urine testing frequency.

Such modifications are to be effectuated forthwith.

Signed: November 29, 2012

Graham C. Mullen
United States District Judge